# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160543(53)

DORIS COLLINS, and all others similarly
situated, ROBIN PLEASANT, JASON PHINSEE,
LEE MCDONALD, and CONLEY COLLISION,
INC.,
          Plaintiffs-Appellees,

v

CITY OF FLINT,
          Defendant-Appellant.
_____/

SC: 160543
COA: 340338
Genesee CC: 16-106077-CZ

      On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on January 3, 2020, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2020



Clerk